```
1  ERSKINE & TULLEY
   A PROFESSIONAL CORPORATION
2  MICHAEL J. CARROLL (St. Bar #50246)
   220 Sansome Street, Suite 600
3  San Francisco, CA  94104
   Telephone:  (415) 392-5431
4
   Attorneys for Plaintiffs
5
6
7
8                  UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11 BOARD OF TRUSTEES OF THE SHEET METAL)    NO.  C 05 1252 JSW
   WORKERS, et al.,                      )
12                                        )    ORDER TO CONTINUE CASE
                        Plaintiffs,       )    MANAGEMENT CONFERENCE
13                                        )
            vs.                           )
14                                        )
   K & M INSTALLATION, INC., etc.         )
15                                        )
                                          )
16                      Defendant.        )
   _____)
17
              IT IS ORDERED that the Case Management Conference in this
18
   case set for July 1, 2005 be continued to August 5, 2005 at 1:30 p.m.
19
   in Courtroom No. 2, 17th Floor, 450 Golden Gate Avenue, San Francisco,
20
   CA.
21
   Dated: June 23, 2005              /s/ Jeffrey S. White
22                                   Judge Jeffrey S. White
23
24
25
26
27
28
```

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE