ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (ST. BAR #50246)
220 Sansome Street, Suite 600
San Francisco, CA  94104
Telephone:  (415) 392-5431
Facsimile:  (415) 392-1978

Attorneys for Plaintiffs


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN, ANTHONY ASHER, TRUSTEE, <br><br>Plaintiffs, <br><br>vs. <br><br>K & M INSTALLATION, INC., a California corporation <br><br>Defendant. | NO.  C 05 1252 JSW <br><br>JUDGMENT PURSUANT TO STIPULATION |

It appearing that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLANS; ANTHONY ASHER, TRUSTEE, through their attorneys, and defendant, K & M INSTALLATION., a California corporation, have stipulated that Plaintiffs have and recover judgment from Defendant and it appearing that the Stipulation is in all respects proper and that the Stipulation provides for

judgment against defendant in the amount of 11,436.16,

        IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs BOARD OF TRUSTEES OF THE SHEET METAL WORKERS HEALTH CARE PLAN OF NORTHERN CALIFORNIA, SHEET METAL WORKERS PENSION TRUST OF NORTHERN CALIFORNIA, SHEET METAL WORKERS LOCAL 104 VACATION, HOLIDAY SAVINGS PLAN, have recover judgment from defendant, K & M INSTALLATION, INC., a California corporation, in the amount of 11,436.16, which amount is composed of the following:

        a.    Liquidated damages due and unpaid to the Plaintiff Trust Funds for the months of October 2004  and March 2005 in the amount of $11,111.16;

        b.    Costs of suit incurred in this action in the amount of $325.00.

Dated: August 4, 2005

                        Judge Jeffrey S. White